# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

RICHARD SATTERWHITE,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 3:24-CV-00175-MMD-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 31]

Plaintiff filed his initial disclosure of witnesses and documents on the docket in this case. (ECF No. 31.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

DATED: December 16, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**