# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

RICHARD SATTERWHITE,

                Plaintiff,

   v.

STATE OF NEVADA, *et al.*,

                Defendants.

Case No. 3:24-CV-00175-MMD-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 34, 35]

In December 2025, Plaintiff Richard Satterwhite ("Satterwhite") filed his initial disclosures on the docket. (ECF No. 31.) The Court struck Satterwhite's filing and admonished him that discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket. (ECF No. 32); *see also* LR 26-7; Fed. R. Civ. P. 5(d)(1). The Court further ordered Satterwhite "to refrain from filing discovery documents on the docket in the future absent a Court order." (ECF No. 32.) Satterwhite nevertheless filed his amended requests for admission, (ECF No. 34), and amended interrogatories, (ECF No. 35), on the docket in violation of the Court's order. Accordingly, the Court **STRIKES** Satterwhite's amended requests for admission, (ECF No. 34), and amended interrogatories, (ECF No. 35). Satterwhite is reminded not to file discovery-related documents on the docket unless the Court orders him to do so.

**IT IS SO ORDERED.**

**DATED:** __May 14, 2026__ .

_____
**UNITED STATES MAGISTRATE JUDGE**