AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3106 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants*
*Jessica Rambur and*
*Gaylene Fukagawa*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD SATTERWHITE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00175-MMD-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 40] |

Defendants, Jessica Rambur and Gaylene Fukagawa, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the first request to extend the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. RELEVANT BACKGROUND INFORMATION**

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by Plaintiff, Richard Satterwhite (Satterwhite). On May 21, 2026, this Court ordered the dispositive motion deadline to be set for August 31, 2026. ECF No. 37. Defendants are now seeking a brief three-day extension to the dispositive motion deadline.

///

## II. ARGUMENT

Defense counsel respectfully requests a three (3) day extension of time to file Defendants' dispositive motion from the current deadline of August 31, 2026, to **September 3, 2026**.

Defendants also have an opposition to Plaintiff's motion for Summary Judgment currently due on September 3, 2026. This brief delay will allow defendants to file both motions together and will cut back on the need for duplicative declarations from defendants.

### A. Current Deadlines

| | |
|---|---|
| Dispositive motion deadline: | August 31, 2026 |

### B. Proposed Deadlines

| | |
|---|---|
| Dispositive motion deadline: | September 3, 2026 |

### C. Good Cause Supports This Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists as discussed above so the Defendants can have time to fully prepare and file the Motion for Summary Judgment.

Defendants seek an additional three days to file the instant dispositive motion in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time. Defendants are preparing an Opposition to Summary Judgment that is currently due on September 3, 2026. Defendants are requesting this brief extension to allow Defendants to respond to both motions at the same time. This will promote judicial economy and will not affect the litigation as the request is only for a three-day extension.

## III. CONCLUSION

Defendant respectfully requests this Court extend the deadline for dispositive motion in this matter. Defendants assert the requisite good cause is present to warrant an

///

///

extension of time. Therefore, Defendants request additional time, up until **September 3, 2026**, to file dispositive motions in this matter.

DATED this 27th day of August, 2026.

AARON D. FORD
Attorney General

By: /s/ John Regalia
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** August 27, 2026

UNITED STATES MAGISTRATE JUDGE