**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RICHARD SATTERWHITE,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:24-CV-00175-MMD-CLB

**ORDER GRANTING MOTION TO EXTEND TIME**

[ECF No. 45]

Before the Court is Plaintiff's motion to extend time to file his rely in support of his motion for summary judgment and to file his opposition to Defendant's motion for summary judgment. (ECF No. 45.) Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) the court may, for good cause, extend time. Considering Plaintiff's *pro se* status, the Court finds good cause exists to grant Plaintiff's requested 15-day extension to file each of these documents.

Accordingly, Plaintiff's motion, (ECF No. 45), is **GRANTED**. Plaintiff shall file his reply in support of his motion for summary judgment no later than **October 2, 2026,** and his response to Defendant's motion for summary judgment no later than **October 9, 2026**.

**IT IS SO ORDERED.**

**DATED**: September 21, 2026

**UNITED STATES MAGISTRATE JUDGE**